IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BROOKE BARBER                                                                                  PLAINTIFF

v.                                    CASE NO. 3:21CV00083 LPR

A TIME FOR PEACE, PLLC,
and APRIL TIMMS                                                                              DEFENDANTS

## ORDER OF TRANSFER

A Notice of Related Case has been filed by the Plaintiff (Doc. No. 2) and this Court has been informed that the above-styled case is related to a previous case [3:19CV00367] assigned to Chief Judge D.P. Marshall, Jr.  After conferring with Chief Judge Marshall's office, it was determined that the above case should be transferred to Chief Judge Marshall.  The Court directs the Clerk of Court to reassign this matter to the docket of Chief Judge D.P. Marshall, Jr.

IT IS SO ORDERED this 3rd day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE