IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BROOKE BARBER                                                              PLAINTIFF

v.                              No. 3:21-cv-83-DPM

TIME FOR PEACE, PLLC
and APRIL TIMMS                                                           DEFENDANTS

## JUDGMENT

Barber's complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2022